**In The Matter Of:**

*BAILEY RINEHART vs.*

*BOARD OF EDUCATION*

---

*Wesley Yates*

*April 12, 2018*

---

*McGee Court Reporting and 3-2-1 Legal Video*

*Suite 1215*

*Chicago, IL 60603*



Original File Baumann - Yates.txt

Min-U-Script® with Word Index

1

1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE NORTHERN DISTRICT OF ILLINOIS

3    EASTERN DIVISION

4

5    BAILEY RINEHART                        )

6                    Plaintiff,      ) No. 16 CV 10413

7          vs.                             )

8    BOARD OF EDUCATION OF THE CITY   )

9    OF CHICAGO,                           )

10                   Defendant.       )

11

12              The deposition of Wesley Yates in the

13   above-entitled cause, taken before Izetta

14   White-McGee, a Notary Public and Certified

15   Shorthand Reporter in and for the State of

16   Illinois, located at 20 South Clark Street, Suite

17   500, Chicago, Illinois 60603, held on the 12th day

18   of April, 2018, A.D. at the hour of 10:00 a.m.

19

20

21

22

23

24

2

1                        APPEARANCES

2      REPRESENTING THE PLAINTIFF:

3                        Deidre Baumann, Esq.

4                        Baumann & Shuldiner

5                        20 South Clark Street

6                        Suite 500

7                        Chicago, IL 60603

8      REPRESENTING THE DEFENDANT:

9                        Susan Best

10                       Assistant General Counsel

11                       Board of Education of the

12                       City of Chicago

13                       One North Dearborn

14                       Suite 900

15                       Chicago, IL 60602

16                       T:   773.553-1723

17                       E:   sjbest@cps.edu

18

19

20

21

22

23

24

3

1                            INDEX

2    WITNESS                                    PAGE

3       Wesley Yates:

4          Examination by Ms. Baumann

5    Court Reporter's Certificate

6    *Witness' Certificate

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Wesley Yates - April 12, 2018

4

```
1                    (Witness sworn.)
2                    WESLEY YATES,
3    called as a witness herein, having been duly sworn
4    on oath, was examined and testified as follows:
5                    EXAMINATION
6    BY MS. BAUMANN:
7        Q    Sir, have you ever given a deposition
8    before?
9        A    Yes.
10       Q    What were the circumstances?
11       A    A shooting.
12       Q    Huh?
13       A    A shooting.
14       Q    A shooting?  Okay.
15       A    Death, loss of life.
16       Q    Approximately when was that?
17       A    That I gave the deposition?
18       Q    Yes.
19       A    About 5 months ago.
20       Q    And were you a witness?
21       A    Yes.
22       Q    A family member or --
23       A    No.
24            MS. BAUMANN:  So I'll just go over a few
```

5

```
 1    things, as you probably learned during that
 2    deposition.  If there are any questions that you
 3    don't understand or you want me to clarify things,
 4    let me -- just let me know, because if you answer
 5    the question, we'll assume that you understood the
 6    question.
 7              THE WITNESS:  Okay.
 8              MS. BAUMANN:  Secondly, if you could
 9    allow me to finish the question and then you will
10    answer.
11              THE WITNESS:  Yes.
12              MS. BAUMANN:  Thank you.  And if you need
13    to take a break at any time, let us know.
14    However, if there is a question pending, I would
15    ask that you answer the question, and then we can
16    take a break, whatever you need.  Just let us
17    know.
18              THE WITNESS:  Yes.
19              MS. BAUMANN:  Thank you.
20              And then finally, if your answers
21    would be verbal as opposed to --
22    A     To nodding.
23    Q     Yes, exactly.  Okay.
24              Please state your name?
```

Wesley Yates - April 12, 2018

6

1       A       Wesley Yates.

2       Q       And where do you work?

3       A       I used to work for Chicago Public

4   Schools.

5       Q       And when did you retire from Chicago

6   Public Schools?

7       A       August of 2017.

8       Q       Are you currently working?

9       A       No.

10      Q       How long were you with CPS?

11      A       About 18 years.

12      Q       And you were at Morgan Park most

13  recently?

14      A       From 2010 to 2014.

15      Q       Where did you teach before you got to

16  Morgan Park?

17      A       Percy L. Julian High School.

18      Q       How long were you there?

19      A       From 2000 to 2004.

20      Q       And what did you do between 2004 and

21  2010?

22      A       Worked at -- worked for this company

23  called Fathers and Blessings.

24      Q       What is it?  Fathers --

McGee Court Reporting and 3-2-1 Legal Video

Wesley Yates - April 12, 2018

7

1          A      Fathers and Blessings.

2          Q      And what sort of company was that?

3          A      It was a not-for-profit organization

4   that dealt with people that were incarcerated that

5   were released back into society.

6          Q      And what did you do for Fathers and

7   Blessings?

8          A      Director of operations.

9          Q      Was this your brain child, your baby?

10         A      No.  It was some friends of mine.

11         Q      Okay.  And when you were at Julian, what

12  did you teach?

13         A      I was the athletic director, head

14  football coach, and I also worked in the

15  attendance office.

16         Q      When you got --

17                Why did you leave Julian?

18         A      Had a change of administration.

19                MS. BAUMANN:  Off the record.

20                       (Whereupon a discussion

21                       was held off the record.)

22                Back on the record.

23  BY MS. BAUMANN:

24         Q      And when you came to Morgan Park, in

Wesley Yates - April 12, 2018

8

1    what capacity?

2        A      I was the Culture Climate Coordinator.

3        Q      Coach and climate?

4        A      Culture.

5        Q      Oh, culture.

6        A      Culture.

7        Q      What is the Culture Climate Coordinator?

8        A      It was a group of individuals who were

9    placed in various Chicago Public Schools to

10   identify some of the problems and to make some of

11   the corrections as it relates to the mindset of

12   not only the scholars, but of the staff as it

13   relates to academics and behavioral issues.

14       Q      Did you remain as the Culture and

15   Climate Coordinator throughout your time at Morgan

16   Park?

17       A      Yes, ma'am.

18       Q      Who else did you work for or work with,

19   I should say, as Culture and Climate Coordinator?

20       A      With people across the city.  It was a

21   group of individuals that were put in position to

22   go and assist the administration in various high

23   schools throughout the city.

24       Q      And what particular problems were you

**Wesley Yates - April 12, 2018**

```
1    focusing on with respect to Morgan Park High

2    School?

3        A    The way our scholars responded to one

4    another; the way they resolve conflict; and the

5    way that they spoke with the staff personnel.

6        Q    When you talk about scholars, are you

7    talking about the students?

8        A    Yes.

9        Q    And what in particular --

10            What in particular was your focus in

11   the way that the students dealt with one another?

12       A    Conflict resolution, how to resolve

13   conflict without using violence.

14       Q    And what sorts of things were

15   implemented at Morgan Park to resolve as an

16   alternative resource to issues of violence?

17       A    Mediation.  We just use that to provoke

18   thought, getting them to think outside the box and

19   just understand and have empathy.

20       Q    When you had a mediation, who would

21   participate in the mediation?

22       A    Myself would participate in the

23   mediation, along with the deans.

24       Q    And who were the deans at that time,
```

**Wesley Yates - April 12, 2018**

10

1  from 2004 to -- I'm sorry -- 2010 through 2014?

2        A      Miss Nosatelli and -- what is his name

3  -- Edward McKnight.

4        Q      Was Edward McKnight responsible for any

5  particular subject or job duty?

6        A      Yes.  He was responsible for the

7  sophomores and seniors.

8        Q      And then was Ms. Nosatelli, she had

9  freshman and juniors?

10        A      Yes, ma'am.

11        Q      And who would serve as mediator?

12        A      Myself along with one of the deans.

13        Q      So if it was a freshman student it would

14  be Ms. Nosatelli?

15        A      And myself, yes.

16        Q      Approximately -- let's take the year

17  2014, which is when, you know, the incident

18  occurred with Bailey.  Approximately how many

19  mediations did you conduct?

20        A      In 2014, to the best of my recollection,

21  I think there was probably one.

22        Q      Do you recall what that mediation

23  involved?

24        A      He had some concerns about some things

Wesley Yates - April 12, 2018

1    that was happening in the school, to the best of

2    my recollection.  It's been so long ago.  So I am

3    trying to recount the events, which is very hard

4    right now.  It's been so long.

5        Q    I understand.  In your opinion, were

6    there gang issues at Morgan Park High School in

7    2013-2014 time period?

8        A    No.

9        Q    Did some of the students belong to

10   gangs?

11       A    Yes.

12       Q    And what gangs did some of the students

13   belong to?

14       A    The B.D.'s, the G.D.'s, The Unknowns,

15   The Blackstones, The Vice Lords, and The 4 Corner

16   Hustlers.

17       Q    Now were the B.D.'s primarily an

18   African-American gang?

19       A    Yes.

20       Q    How about the G.D.'s?

21       A    Yes.

22       Q    The unknown?

23       A    Mixture.

24       Q    The Blackstones, were they primarily

McGee Court Reporting and 3-2-1 Legal Video

**Wesley Yates - April 12, 2018**

                                                                    12

1    African-American?

2         A     Yes.

3         Q     The Vice Lords?

4         A     Yes.

5         Q     And The 4 Corner Hustlers?

6         A     Mixed.

7         Q     I think another one of our witnesses

8    referred to "The Jungle." Is that one of these

9    guys?

10        A     That's the B.D.'s and the G.D.'s.

11        Q     And the B.D.'s and the G.D.'s are

12   collectively referred to as "The Jungle?" *

13        A     Yes.

14        Q     As Culture and Climate Coordinator, was

15   there anything specific that you did with regard

16   to working with the students who were members of

17   these various gangs?

18        A     Yes.

19        Q     And what sorts of things would you do?

20        A     We would have conversations as it

21   related to their purpose at the school.

22        Q     And give me an example of what that

23   would be?

24        A     Just as far as going to school for

Wesley Yates - April 12, 2018

13

1   academic reasons, to build relationships and to
2   learn how to grow as individuals, how to build
3   your socialization skills.
4        Q     Did you --
5              Were you familiar with a student
6   we'll refer to as T. D.
7              Off the record.
8                   (Whereupon a discussion was
9                   held off the record.)
10       A     The name sounds familiar, but I've been
11  trying to picture that individual.  I just can't
12  seem to picture him at this particular time.
13       Q     Do you know if Terrell -- I'm sorry --
14  if T. D., and he is also apparently known as
15  "Taco" belong to any of the gangs you mentioned?
16       A     I'm not sure.
17       Q     Are you familiar with my client, Bailey
18  Rinehart?
19       A     Yes, vaguely.
20       Q     And what, if anything, do you remember
21  about Bailey Rinehart?
22       A     When he first transferred in, how I
23  tried to connect him with our baseball coach
24  because he was interested in playing baseball.

McGee Court Reporting and 3-2-1 Legal Video

Wesley Yates - April 12, 2018

14

```
 1        Q     Who is the baseball coach?

 2        A     Ernest Ratcliff.

 3        Q     And did you connect him with Mr.

 4   Ratcliff?

 5        A     Yes, ma'am, I did.

 6        Q     And did you yourself ever see Bailey

 7   play baseball?

 8        A     No.

 9        Q     And did Bailey ever play football?

10        A     No.

11        Q     Other than trying to hook Bailey up with

12   Mr. Ratcliff, do you recall anything else in

13   particular about Bailey?

14        A     I know he had an incident, I guess with

15   other scholars in the building.

16        Q     And do you know with whom he had that

17   incident?

18        A     I don't remember who they are at this

19   particular time.

20        Q     And do you recall when the incident

21   occurred?

22        A     2013.

23        Q     And what do you recall about the

24   incident?
```

Wesley Yates - April 12, 2018

15

1      A     His mother came up to the school.

2      Q     And is that Amy Ramirez?

3      A     I think. I'm not sure as to her name.

4      Q     Okay. And did you speak with her?

5      A     Yes, I did.

6      Q     Okay. And what did she say to you?

7      A     She had some concerns for his safety and

8 wanted to know exactly what were the steps that we

9 were taking; and it was explained to her that

10 because we just found out about it, that I would

11 go to the dean, which is Mr. McKnight, and he

12 would handle it from there.

13      Q     What in particular, did she talk to you

14 with regard to her safety concerns?

15      A     Just the treatment he was receiving from

16 some of the scholars at the school.

17      Q     What kind of treatment was she saying

18 Bailey was receiving?

19      A     That he was having altercations with

20 some of them.

21      Q     Did she report to you that some of the

22 African-American students were referring to him in

23 derogatory ways?

24      MS. BEST: Objection to form.

McGee Court Reporting and 3-2-1 Legal Video

Wesley Yates - April 12, 2018

16

1       THE WITNESS:  Not to the best of my

2   knowledge.

3   BY MS. BAUMANN:

4       Q     Did she complain to you that some of the

5   African-American students were calling him white

6   boy and honky and things of that nature?

7           MS. BEST:  Same objection.

8           THE WITNESS:  Not to the best of my

9   knowledge.

10  BY MS. BAUMANN:

11      Q     And what did she say specifically about

12  these altercations?

13      A     That she had some concerns for his

14  safety; about the other scholars jumping on him so

15  to speak, trying to provoke a fight.

16      Q     And did she tell you who the other

17  students were?

18      A     Not that I can remember, to the best of

19  my knowledge.

20      Q     And what did you tell her in response to

21  her complaints?

22      A     That I would take the situation to the

23  dean; and he then will handle it from there.

24      Q     And did you, in fact, take it to the

McGee Court Reporting and 3-2-1 Legal Video

Wesley Yates - April 12, 2018

17

1    dean?

2          A     Yes.

3          Q     And that was to Mr. McKnight?

4          A     Yes.

5          Q     And what did you tell Mr. McKnight?

6          A     I told him that the parent had some

7    concerns about her son's safety and that he is

8    being jumped on; so we need to investigate it to

9    see exactly what's going on to resolve the issue.

10         Q     What did Mr. McKnight say to you?

11         A     He would look into it.

12         Q     Do you know in 2013, approximately what

13   month?

14         A     I would say in the spring, if I'm not

15   mistaken.

16         Q     Was it shortly after Bailey first

17   arrived at Morgan Park High School?

18         A     I don't remember if it was shortly

19   after.

20         Q     And was that the only time you spoke to

21   Ms. Ramirez, or to Bailey's mom about her

22   concerns?

23         A     No.

24         Q     Do you know --

**Wesley Yates - April 12, 2018**

18

1           Following this conversation with Dean

2    McKnight, do you know if he, in fact, did anything

3    to follow-up?

4           MS. BEST:  Objection; foundation.

5           THE WITNESS:  I don't know.

6    BY MS. BAUMANN:

7        Q    Was there any policy and practice in

8    place at the school for documenting conversations

9    or complaints made by students or parents?

10       A    Yes.

11       Q    And could you tell me what that was?

12       A    It's an incident report form, and it

13   should have also been logged into the system,

14   Verify, if I'm not mistaken.

15       Q    Verify was the name of the computer

16   system?

17       A    Yes, ma'am.

18       Q    Under what circumstances would an

19   incident report be made?

20          MS. BEST:  Object to form, vague.

21          THE WITNESS:  Altercations, bullying;

22   anything dealing with this multi-media -- social

23   media situations or just as a note to say that

24   this particular situation occurred and is being

Wesley Yates - April 12, 2018

19

1    looked into.

2    BY MS. BAUMANN:

3         Q    Did you, yourself make any incident

4    report with regard to that first conversation you

5    had with Bailey's mom?

6         A    No, ma'am.

7         Q    Did you feel you were required to make a

8    report at that time?

9         A    No.

10        Q    And why not?

11        A    Because I was -- because at that

12   particular time, I was not the dean and that's

13   their duty.

14        Q    So this would be Mr. McKnight's duty to

15   do that?

16        A    Yes, ma'am.

17        Q    Do you know if Dean McKnight made any

18   incident report or logged anything into Verify,

19   with respect to Bailey's mother's complaints?

20        A    No.

21             MS. BEST:  Objection; foundation.

22   BY MS. BAUMANN:

23        Q    Did Mr. McKnight, or Dean McKnight say

24   anything to you after your conversation with him

McGee Court Reporting and 3-2-1 Legal Video

Wesley Yates - April 12, 2018

20

1   regarding Bailey?

2        A    No.

3        Q    You said there was another conversation

4   you had with Bailey's mom?

5        A    Yes.

6        Q    Do you recall approximately when that

7   was?

8        A    I don't know if it was 2013 or 2014, but

9   she came up expressing some concerns about, I

10  guess, some other scholars that were in the

11  building; and she asked me about baseball as it

12  relates to him playing the game.

13       Q    And what did she express to you in

14  particular, regarding these other students?

15       A    She just wanted to make sure he remained

16  safe.

17       Q    Did she say that he was not safe or that

18  he felt he was not safe?

19       A    She had some concerns about him being

20  safe and feeling safe.

21       Q    Do you recall if she put this in terms

22  of bullying or racial discrimination or anything

23  like that?

24       A    I think more so bullying than anything.

McGee Court Reporting and 3-2-1 Legal Video

Wesley Yates - April 12, 2018

21

1      Q    And do you recall anything more

2 specifically than that?

3      A    No, ma'am.

4      Q    And do you recall if she identified the

5 students?

6      A    I don't remember.

7      Q    And after she expressed these concerns,

8 what did you tell her?

9      A    That she needed to have that

10 conversation with the dean.

11      Q    And did you tell her which dean to have

12 the conversation with?

13      A    Yes.

14      Q    Who did you mention?

15      A    McKnight -- Mr. McKnight.

16      Q    Do you know if she had a conversation

17 with Dean McKnight?

18      A    No.

19      Q    Did you have a conversation with Dean

20 McKnight following this conversation with Ms.

21 Ramirez?

22      A    Yes.

23      Q    And what did you tell Dean McKnight?

24      A    Just wanted to make sure he connected

**Wesley Yates - April 12, 2018**

22

1    with Ms. Ramirez to see exactly what is happening

2    with her son.

3         Q    And did Dean McKnight say anything to

4    you?

5         A    I don't recall that he did.  I can't

6    recall anything.

7         Q    And at this time, did you make any entry

8    into the Verify system or log the information into

9    the school system?

10        A    No.

11        Q    Why not?

12        A    It was not my responsibility.

13        Q    Do you recall speaking with Bailey's mom

14   about anything else other than the baseball and

15   her expressing concerns regarding possible

16   bullying and remaining safe at the school, at this

17   time?

18        A    No, ma'am.

19             MS. BEST:  Objection to form.

20             THE WITNESS:  I don't recall.

21   BY MS. BAUMANN:

22        Q    Do you know if Mr. -- or Dean McKnight

23   followed up with Ms. Ramirez?

24        A    I don't know.

Wesley Yates - April 12, 2018

23

```
1        Q      Did you have any other conversations
2    with Bailey's mother about what was going on with
3    Bailey?
4        A      Not to the best of my knowledge.
5        Q      What about any conversations with Bailey
6    about what was going on with him?  Do you recall
7    having any conversations with him?
8        A      I'm quite sure I did, but to what extent
9    that conversation led to or shall I say the
10   discussion, I'm not sure.  It was probably just
11   about how he was doing in school and just other
12   things that maybe concern.
13       Q      Do you recall if Bailey complained to
14   you about being bullied or harassed?
15       A      I know he talked to me about the
16   bullying part.
17       Q      Do you recall exactly what he said?
18       A      No, not really.  I couldn't give it to
19   you verbatim.  I don't remember.
20       Q      To the best of your recollection.
21       A      I mean, with bullying; just people
22   probably making him feel uncomfortable.
23       Q      Do you know what they were saying to
24   him?
```

Wesley Yates - April 12, 2018

24

1      A      No, I don't.

2      Q      Do you recall how many times you spoke

3   to Bailey about him feeling uncomfortable at the

4   school?

5      A      Twice to the best of my knowledge.

6      Q      And do you recall when?

7      A      No, I don't.  I really don't.

8      Q      Did you enter anything into Verify or

9   otherwise document your conversations with Bailey?

10     A      I may have.  I'm not sure.

11     Q      Do you feel that it was -- that you were

12  required pursuant to the policies and practices at

13  Morgan Park High School to document in some way

14  your conversations with Bailey?

15            MS. BEST:  Objection to form, foundation.

16            THE WITNESS:  Yes and no.

17  BY MS. BAUMANN:

18     Q      And why do you say --

19     A      The reason why I say no is because

20  that's still in the hands of the deans.  And yes,

21  I would say because of the climate aspect of it.

22  I have written so many things other the years, I

23  just couldn't recollect, you know, as to --

24  BY MS. BAUMANN:

Wesley Yates - April 12, 2018

25

1     Q     When you say, "Yes, because of the

2   climate aspect to it," what do you mean?

3     A     I'm saying that because when there's

4   bullying involved in it or anything dealing with

5   social media, it's something that catches our

6   attention; and it's something that we thrive on

7   trying to help teach our scholars how to navigate

8   and use it for the purpose that it's supposed to

9   be versus to having disagreements with people over

10  the airwaves.

11    Q     So what did you tell Bailey when you had

12  these conversations with him?

13    A     Conversations as it relates to?

14    Q     The bullying and the harassment, or

15  whatever he said to you?

16    A     If he is feeling uncomfortable, he

17  needed to let the deans know what is happening

18  because it's hard for them to act on something

19  when they have no knowledge about it.

20    Q     Did you tell him that you would talk to

21  the deans for him?

22    A     I told him he needs to talk with the

23  deans, and I would also make mention.

24    Q     And did you talk to either Dean

Wesley Yates - April 12, 2018

26

1    Nosatelli or Dean McKnight about Bailey's

2    conversations with you?

3         A    Yes.

4         Q    And who did you speak with?

5         A    Mr. McKnight.

6         Q    And what did you tell Mr. McKnight?

7         A    Simply that he was feeling uncomfortable

8    and he was being bullied; and we need to address

9    the situation to find out who the other scholars

10   were who were involved in this and to bring up the

11   parents to resolve it.

12        Q    Do you know if Dean McKnight did

13   anything after you spoke with him about these

14   conversations with Bailey?

15        A    No.

16        Q    And do you know specifically when the

17   first time Bailey had a conversation with you, can

18   you recall what year it was?

19        A    2013.

20        Q    Would it also be in the spring of 2013?

21        A    Yes, ma'am.

22        Q    And the second conversation that you had

23   with Bailey, do you recall approximately when that

24   was?

McGee Court Reporting and 3-2-1 Legal Video

Wesley Yates - April 12, 2018

27

1          A     No.

2          Q     Did you ever conduct any mediation or

3    any alternative dispute resolution processes with

4    Bailey and any other students who were harassing

5    him?

6          A     No.

7          Q     Why not?

8          A     That's the dean's department.

9          Q     Did you have any conversations with

10   anyone else in 2015 or 2014 about Bailey Rinehart?

11         A     As it relates to?

12         Q     To anything really?

13         A     Just what I mentioned before with the

14   deans about some concerns about safety and also

15   about baseball.

16         Q     And who did you speak to about Bailey

17   and baseball?

18         A     Ernest Ratcliff.

19         Q     And approximately when did you speak

20   with Mr. Ratcliff?

21         A     I think when he first arrived.

22         Q     Is that the conversation we've already

23   discussed?

24         A     Yes.

Wesley Yates - April 12, 2018

28

1      Q     Did you have any conversations with

2   anyone else about Bailey at or about the 2013-2014

3   school year, other than what we've discussed?

4      A     Not to the best of my knowledge, no.

5      Q     Subsequent to 2014, have you had any

6   conversations with anyone concerning Bailey

7   Rinehart?

8      A     No..

9      Q     Have you had any conversations with

10  anyone concerning Bailey's mother, Amy Ramirez?

11     A     No.

12     Q     Now, are you familiar with the incident

13  that happened between Bailey and some other

14  students on or about November 6, 2014?

15     A     Vaguely.

16     Q     And what do you recall?

17     A     I know it had something to do with the

18  classroom.  I think the altercation took place in

19  one of the classrooms.  That's --

20     Q     Did you ever witness any of the

21  altercations that Bailey had with any of the

22  students?

23     A     No, not to the best of my knowledge.

24     Q     Did you ever have an opportunity to talk

McGee Court Reporting and 3-2-1 Legal Video

**Wesley Yates - April 12, 2018**

29

```
1    to any of the other scholars about Bailey or

2    Bailey's concerns?

3         A    When you say "scholars" are you saying

4    -- and this is just me asking -- are you saying

5    people that may have had a problem with him or

6    just in general, because conversations take place

7    throughout the course of the day can.

8              If you witness body language and just

9    now a lot of scholars are going on about their

10   business throughout building, you can tell if

11   something is wrong with them.  A lot these young

12   people say things in a little playful manner,

13   which they take it too far.

14             If we witness that, that's when we

15   say, "Hey, you might need to calm it down a little

16   bit," or "You know that's not right" or just

17   things of that nature just to get them to provoke

18   thought.

19        Q    Do you recall that happening on any

20   occasion with any of the students with regard to

21   Bailey?

22        A    Bailey and countless others.

23        Q    Anything specifically with regard to --

24        A    No.  Teasing; just teasing.
```

Wesley Yates - April 12, 2018

30

1      Q     Okay.  Do you remember any of the

2   students who might have been teasing Bailey?

3      A     No, I don't remember.

4      Q     Do you know what the teasing was about?

5      A     No, I don't.

6      Q     So if I understand you, you undoubtedly

7   saw some body language and may have overheard some

8   teasing about Bailey that made you think that you

9   should, you know, say something to the students?

10           MS. BEST:  Objection to form.

11  BY MS. BAUMANN:

12     Q     Is that accurate?

13     A     Yeah, but I mean, kids play a lot, you

14  know, and sometimes they just take that a little

15  too far, and as adults, when we're walking past

16  them and we hear something like that, which

17  catches our ear, we would be remiss if we didn't

18  speak on it.

19  BY MS. BAUMANN:

20     Q     Do you -- I don't know if I asked this

21  quite this way.  Do you remember any particulars

22  with regard to speaking to a student about his or

23  her treatment of Bailey?

24     A     No.

31

1    Q    Now in 2013-2014, Morgan Park was

2  primarily African-American students?

3    A    Yes.

4    Q    And did you sense at all during that

5  time period any conflict -- any racial conflict

6  between the African-American students and

7  non-African-Americans?

8    A    No.

9    Q    Did you hear any complaints from any of

10 the other non-African-American students about the

11 way they were treated at Morgan Park High School

12 by fellow students?

13   A    Yes, but that's everyone in general at

14 the school had something to say about the

15 treatment; not just those of, you know, different

16 ethnic backgrounds.

17   Q    Do you recall anything specifically

18 related to, as you say, the "ethnic background" or

19 anything related to diversity-type issues?

20   A    No.

21   Q    How about with respect to teachers?  Did

22 you hear anything from the teachers about there

23 being a racially hostile or uncomfortable

24 situation at Morgan Park High School?

Wesley Yates - April 12, 2018

32

1           MS. BEST:  Are you finish?

2               I have an objection to form.

3           THE WITNESS:  No.

4   BY MS. BAUMANN:

5       Q     And during the 2013-2014 time period, do

6   you recall hearing complaints by any of the

7   students regarding treatment by teachers with

8   respect to racially motivated behavior or

9   something of that nature?

10      A     No.

11      Q     I'll give you an example.

12              And since Bailey claims that teacher

13  Barrage (phonetic) made statements to him of a

14  racially hostile nature, calling him White Boy,

15  for example, in school.  Did you ever hear any

16  complaints?

17      A     No, not at all.

18      Q     Have you ever overheard teacher Barrage

19  make any comments like that?

20      A     No.

21      Q     Do you know who I'm talking about,

22  teacher Barrage?

23      A     Yes.

24      Q     And what did she teach?

Wesley Yates - April 12, 2018

33

1    A    Math.

2    Q    Do you know what kind of student Bailey

3  was at Morgan Park?

4    A    No.

5    Q    Are you familiar with Bailey's

6  attendance at Morgan Park?

7    A    Vaguely.

8    Q    And what do you recall with regard to

9  Bailey's attendance?

10    A    I know a couple of days he was absent,

11  and just made sure he brought in a note from his

12  parents so he can get a reinstatement for his

13  classes.

14    Q    And do you recall if Bailey did bring in

15  a note?

16    A    I'm not sure.

17    Q    Was Bailey one of the students that you

18  yourself was concerned with with regard to

19  absenteeism from school?

20    A    I can't recall.

21    Q    When you conducted the mediations with

22  the students and the deans, would you implement or

23  be responsible for implementing discipline?

24    A    No.

Wesley Yates - April 12, 2018

34

1     Q    Who would?

2     A    Deans.

3     Q    Would you suggest the appropriate

4 discipline for the students?

5     A    Yes.

6     Q    And would the deans normally listen to

7 your suggestion or not?

8     A    Sometimes.

9     Q    Do you recall anything else with regard

10 to your interactions with Bailey Rinehart or his

11 mother at Morgan Park High School?

12    A    No.  Everything was pleasant.

13    Q    You mentioned the requirement that

14 certain things be placed into the Verify system or

15 recorded.  Is there anything in writing that

16 you're aware of that required that to happen?

17    A    There should be, but it's been so long

18 since I've done it.  So --

19    Q    Do you recall if there was a policy

20 manual that you had?

21    A    Handbook.

22    Q    Do you recall the title of the handbook?

23    A    One was a Student Handbook with all the

24 policies and procedures.

Wesley Yates - April 12, 2018

35

1      Q    Okay.  And was there a separate handbook

2  for administrators or teachers?

3      A    I think there was.  I'm not sure, but I

4  think there was.  I know we had trainings that the

5  Board offers that all staff do go to.

6      Q    And how often are the trainings offered

7  to staff by the Board?

8      A    One every 6 months.

9      Q    And what type of training would this be?

10      A    Anything from conflict resolution,

11  documentation as it relates to how we document

12  items in the system and specifically, how to use

13  the system itself.

14      Q    And where were the trainings held?

15      A    At various places.

16      Q    And you would attend these trainings

17  every 6 months?

18      A    Yes.

19      Q    And who else attended these trainings?

20      A    The teachers, the deans from every

21  school in the city.  I know one of the

22  administrators had to be present.

23      Q    Do you know if Bailey's complaints were

24  ever resolved by the administration at Morgan Park

Wesley Yates - April 12, 2018

36

1      High School?

2            A    I don't know.

3            Q    Do you know if the complaints made by

4      Bailey's mother were ever resolved by Morgan Park

5      High School?

6            A    I don't know.

7                 MS. BAUMANN:  That's all I have.

8                 MS. BEST:  Just a couple.

9                      EXAMINATION

10     BY MS. BEST:

11           Q    Do you remember what month you stopped

12     working at Morgan Park in 2014?

13           A    Yes.

14           Q    When was that?

15           A    July of 2014 -- no, June of 2014.  I'm

16     sorry.

17           Q    So the end of --

18           A    School year.

19           Q    -- the end of '13-'14 school year?

20           A    Yes, ma'am.

21           Q    Did Bailey ever in his claims ever give

22     you specific individuals names of people that he

23     was complaining about?

24           A    I don't recall.

**Wesley Yates - April 12, 2018**

37

1    Q    If that was something that Bailey would

2   have provided to you, would you have provided that

3   to Mr. McKnight?

4    A    Yes, ma'am.

5    Q    Did the mom ever give you specific names

6   about the complaints of students?

7    A    Not that I recall.

8    Q    Again, that would have been something

9   that you would given Mr. McKnight, right?

10    A    Yes.

11    Q    Did mom ever say these altercations were

12   happening because Bailey was white?

13    A    I don't recall her saying that at all.

14    Q    Did Bailey ever say that he was having

15   altercations because he was white?

16    A    Never heard that being mentioned either.

17    Q    You mentioned teasing.  Do you remember

18   the teasing with Bailey and other kids, if that

19   was ever about race?

20    A    No.  It was about clothes and shoes and

21   the way you talk to other people.  So it was just

22   -- from what I picked up, it was just teasing that

23   sometimes would go too far.

24    Q    Kids being kids?

McGee Court Reporting and 3-2-1 Legal Video

Wesley Yates - April 12, 2018

1     A     Kids being kids.

2          MS. BEST:  That's all.

3               FURTHER EXAMINATION

4   BY MS. BAUMANN:

5     Q     When you talk about clothes and shoes

6   and the way we interact with one another, that

7   often has to do with where we come from, correct?

8          MS. BEST:  Objection to form.

9          THE WITNESS:  Not necessarily.  Not

10  necessarily at all, because if you look at the

11  state of where we are at now, a lot of the

12  scholars, they all dress alike, unless you are in

13  uniform.  Other than that, they all dress alike.

14  BY MS. BAUMANN:

15    Q     Do you know if Bailey dressed like his

16  fellow students?

17    A     Yes, if I can recall.

18    Q     So what would they talk about or tease

19  each other about with regard to clothes and shoes?

20    A     They would make remarks like:  Well, I

21  got my clothes from this place.  Where did you get

22  yours from?  They call it "the Dozens" or

23  "throwing heat," which means teasing.  Those are

24  the terms that are being used nowadays, or

McGee Court Reporting and 3-2-1 Legal Video

Wesley Yates - April 12, 2018

39

1  "roasting" which is what they call it.

2       Q    And the first thing you said was

3  "dozens?"

4       A    Yes.  The dozens is when you talk about

5  each other; not trying to have a physical

6  altercation, but you may have did something I

7  didn't like, or said something or you may have

8  talked to young lady that I wanted to, and you

9  beat me to it.  So now, I'm upset and I'm going to

10  talk about you.

11       Q    Now you said, when I asked you earlier

12  if you -- if you heard Bailey say anything

13  specifically with regard to race, and you said you

14  didn't recall.  Is that accurate?  You -- I just

15  want to make sure.  You don't recall him ever

16  saying anything?

17           MS. BEST:  Objection --

18  BY MS. BAUMANN:

19       Q    Is that accurate?

20           MS. BEST:  Objection; asked and answered,

21  misstates his testimony.

22           THE WITNESS:  Yes.  I'm sorry.

23           MS. BAUMANN:  That's it.  Thank you.

24           MS. BEST:  Okay.  You have the option of

McGee Court Reporting and 3-2-1 Legal Video

40

1    waiving your signature or you can reserve it.

2              THE WITNESS:  I'll reserve it.

3         AND FURTHER DEPONENT SAYETH NAUGHT

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

41

```
 1    STATE OF ILLINOIS        )

 2                             )

 3    COUNTY OF COOK           )

 4              I, Izetta White-McGee, a Notary

 5    Public and Certified Shorthand Reporter within and

 6    for the County of Cook and State of Illinois, do

 7    hereby certify that heretofore, to wit:  on April

 8    12, 2018, personally appeared before me, Wesley

 9    Yates, a witness in the above-captioned matter,

10    which cause is now pending and undetermined in the

11    above-captioned court.

12              I further certify that the said

13    witness was by me first duly sworn to testify to

14    the truth, the whole truth and nothing but the

15    truth in the cause aforesaid; that the testimony

16    then given by the witness was reported

17    stenographically by me in the presence of the

18    witness and afterwards reduced to writing and the

19    foregoing deposition is a true and correct

20    transcription of my shorthand notes so taken as

21    aforesaid.

22              The signature of the witness to the

23    foregoing deposition was not waived.

24              I further certify that this
```

McGee Court Reporting and 3-2-1 Legal Video

42

1    deposition was taken pursuant to notice and that

2    there were present at the taking of the deposition

3    the appearance as heretofore noted.

4              I further certify that I am not

5    counsel for nor in any way related to any of the

6    parties to this lawsuit, nor am I in any way

7    interested in the outcome thereof.

8              IN WITNESS WHEREOF, I have hereunto

9    set my hand this date, May 7, 2018.

10

11

12

13   — — — — — — — — — — — — — — —

14

15   Certified Shorthand Reporter

16   No. 084-003958

17

18

19

20

21

22

23

24

McGee Court Reporting and 3-2-1 Legal Video

43

1          IN THE UNITED STATES DISTRICT COURT

2        FOR THE NORTHERN DISTRICT OF ILLINOIS

3                  EASTERN DIVISION

4    BAILEY RINEHART                    )

5                      Plaintiff,       ) No. 16 CV 10413

6          vs.                          )

7    BOARD OF EDUCATION OF THE CITY     )

8    OF CHICAGO,                        )

9                      Defendant.       )

10             I hereby certify that I have read the

11   foregoing transcript of my deposition, and I do,

12   again, subscribe and make oath that the same is a

13   true, correct, and complete transcript of my

14   deposition so given as aforesaid as it now

15   appears.

16   ( )Per the corrections made on the attached errata

17   sheet(s).

18             _____

19                  WESLEY YATES

20   Subscribed and sworn to

21   before me this _____ day of

22   _____, 2018

23   _____

24   Notary Public

BAILEY RINEHART vs.
BOARD OF EDUCATION

Wesley Yates
April 12, 2018

## A

**absent (1)**
33:10
**absenteeism (1)**
33:19
**academic (1)**
13:1
**academics (1)**
8:13
**accurate (3)**
30:12;39:14,19
**across (1)**
8:20
**act (1)**
25:18
**address (1)**
26:8
**administration (3)**
7:18;8:22;35:24
**administrators (2)**
35:2,22
**adults (1)**
30:15
**African-American (6)**
11:18;12:1;15:22;
16:5;31:2,6
**Again (1)**
37:8
**ago (2)**
4:19;11:2
**airwaves (1)**
25:10
**alike (2)**
38:12,13
**allow (1)**
5:9
**along (2)**
9:23;10:12
**altercation (2)**
28:18;39:6
**altercations (6)**
15:19;16:12;18:21;
28:21;37:11,15
**alternative (2)**
9:16;27:3
**Amy (2)**
15:2;28:10
**answered (1)**
39:20
**apparently (1)**
13:14
**appropriate (1)**
34:3
**Approximately (7)**
4:16;10:16,18;
17:12;20:6;26:23;
27:19
**arrived (2)**
17:17;27:21
**aspect (1)**
24:21;25:2

**assist (1)**
8:22
**assume (1)**
5:5
**athletic (1)**
7:13
**attend (1)**
35:16
**attendance (3)**
7:15;33:6,9
**attended (1)**
35:19
**attention (1)**
25:6
**August (1)**
6:7
**aware (1)**
34:16

## B

**baby (1)**
7:9
**back (2)**
7:5,22
**background (1)**
31:18
**backgrounds (1)**
31:16
**Bailey (45)**
10:18;13:17,21;
14:6,9,11,13;15:18;
17:16;20:1;23:3,5,13;
24:3,9,14;25:11;
26:14,17,23;27:4,10,
16;28:2,6,13,21;29:1,
21,22;30:2,8,23;
32:12;33:2,14,17;
34:10;36:21;37:1,12,
14,18;38:15;39:12
**Bailey's (13)**
17:21;19:5,19;20:4;
22:13;23:2;26:1;
28:10;29:2;33:5,9;
35:23;36:4
**Barrage (3)**
32:13,18,22
**baseball (8)**
13:23,24;14:1,7;
20:11;22:14;27:15,17
**BAUMANN (23)**
4:6,24;5:8,12,19;
7:19,23;16:3,10;18:6;
19:2,22;22:21;24:17,
24;30:11,19;32:4;
36:7;38:4,14;39:18,
23
**BD's (4)**
11:14,17;12:10,11
**beat (1)**
39:9
**behavior (1)**
32:8

**behavioral (1)**
8:13
**belong (3)**
11:9,13;13:15
**best (26)**
10:20;11:1;15:24;
16:1,7,8,18;18:4,20;
19:21;22:19;23:4,20;
24:5,15;28:4,23;
30:10;32:1;36:8,10;
38:2,8;39:17,20,24
**bit (1)**
29:16
**Blackstones (2)**
11:15,24
**Blessings (3)**
6:23;7:1,7
**Board (2)**
35:5,7
**body (2)**
29:8;30:7
**box (1)**
9:18
**boy (2)**
16:6;32:14
**brain (1)**
7:9
**break (2)**
5:13,16
**bring (2)**
26:10;33:14
**brought (1)**
33:11
**build (2)**
13:1,2
**building (3)**
14:15;20:11;29:10
**bullied (2)**
23:14;26:8
**bullying (8)**
18:21;20:22,24;
22:16;23:16,21;25:4,
14
**business (1)**
29:10

## C

**call (2)**
38:22;39:1
**called (2)**
4:3;6:23
**calling (1)**
16:5;32:14
**calm (1)**
29:15
**came (3)**
7:24;15:1;20:9
**can (8)**
5:15;16:18;26:17;
29:7,10;33:12;38:17;
40:1
**capacity (1)**

**8:1**
**catches (2)**
25:5;30:17
**certain (1)**
34:14
**change (1)**
7:18
**Chicago (3)**
6:3,5;8:9
**child (1)**
7:9
**circumstances (2)**
4:10;18:18
**city (3)**
8:20,23;35:21
**claims (2)**
32:12;36:21
**clarify (1)**
5:3
**classes (1)**
33:13
**classroom (1)**
28:18
**classrooms (1)**
28:19
**client (1)**
13:17
**Climate (8)**
8:2,3,7,15,19;
12:14;24:21;25:2
**clothes (4)**
37:20;38:5,19,21
**coach (4)**
7:14;8:3;13:23;
14:1
**collectively (1)**
12:12
**comments (1)**
32:19
**company (2)**
6:22;7:2
**complain (1)**
16:4
**complained (1)**
23:13
**complaining (1)**
36:23
**complaints (9)**
16:21;18:9;19:19;
31:9;32:6,16;35:23;
36:3;37:6
**computer (1)**
18:15
**concern (1)**
23:12
**concerned (1)**
33:18
**concerning (2)**
28:6,10
**concerns (12)**
10:24;15:7,14;
16:13;17:7,22;20:9,
19;21:7;22:15;27:14;

**29:2**
**conduct (2)**
10:19;27:2
**conducted (1)**
33:21
**conflict (6)**
9:4,12,13;31:5,5;
35:10
**connect (2)**
13:23;14:3
**connected (1)**
21:24
**conversation (13)**
18:1;19:4,24;20:3;
21:10,12,16,19,20;
23:9;26:17,22;27:22
**conversations (16)**
12:20;18:8;23:1,5,
7;24:9,14;25:12,13;
26:2,14;27:9;28:1,6,
9;29:6
**Coordinator (5)**
8:2,7,15,19;12:14
**Corner (2)**
11:15;12:5
**corrections (1)**
8:11
**countless (1)**
29:22
**couple (2)**
33:10;36:8
**course (1)**
29:7
**CPS (1)**
6:10
**Culture (8)**
8:2,4,5,6,7,14,19;
12:4
**currently (1)**
6:8

## D

**day (1)**
29:7
**days (1)**
33:10
**dealing (2)**
18:22;25:4
**dealt (2)**
7:4;9:11
**dean (17)**
15:11;16:23;17:1;
18:1;19:12,17,23;
21:10,11,17,19,23;
22:3,22;25:24;26:1,
12
**deans (12)**
9:23,24;10:12;
24:20;25:17,21,23;
27:14;33:22;34:2,6;
35:20
**dean's (1)**

27:8
**Death (1)**
  4:15
**department (1)**
  27:8
**DEPONENT (1)**
  40:3
**deposition (3)**
  4:7,17;5:2
**derogatory (1)**
  15:23
**different (1)**
  31:15
**Director (2)**
  7:8,13
**disagreements (1)**
  25:9
**discipline (2)**
  33:23;34:4
**discrimination (1)**
  20:22
**discussed (2)**
  27:23;28:3
**discussion (3)**
  7:20;13:8;23:10
**dispute (1)**
  27:3
**diversity-type (1)**
  31:19
**document (3)**
  24:9,13;35:11
**documentation (1)**
  35:11
**documenting (1)**
  18:8
**done (1)**
  34:18
**down (1)**
  29:15
**Dozens (3)**
  38:22;39:3,4
**dress (2)**
  38:12,13
**dressed (1)**
  38:15
**duly (1)**
  4:3
**during (3)**
  5:1;31:4;32:5
**duty (3)**
  10:5;19:13,14

### E

**ear (1)**
  30:17
**earlier (1)**
  39:11
**Edward (2)**
  10:3,4
**either (2)**
  25:24;37:16
**else (7)**

8:18;14:12;22:14;
27:10;28:2;34:9;
35:19
**empathy (1)**
  9:19
**end (2)**
  36:17,19
**enter (1)**
  24:8
**entry (1)**
  22:7
**Ernest (2)**
  14:2;27:18
**ethnic (2)**
  31:16,18
**events (1)**
  11:3
**everyone (1)**
  31:13
**exactly (5)**
  5:23;15:8;17:9;
  22:1;23:17
**EXAMINATION (3)**
  4:5;36:9;38:3
**examined (1)**
  4:4
**example (3)**
  12:22;32:11,15
**explained (1)**
  15:9
**express (1)**
  20:13
**expressed (1)**
  21:7
**expressing (2)**
  20:9;22:15
**extent (1)**
  23:8

### F

**fact (2)**
  16:24;18:2
**familiar (5)**
  13:5,10,17;28:12;
  33:5
**family (1)**
  4:22
**far (4)**
  12:24;29:13;30:15;
  37:23
**Fathers (4)**
  6:23,24;7:1,6
**feel (3)**
  19:7;23:22;24:11
**feeling (4)**
  20:20;24:3;25:16;
  26:7
**fellow (2)**
  31:12;38:16
**felt (1)**
  20:18
**few (1)**

4:24
**fight (1)**
  16:15
**finally (1)**
  5:20
**find (1)**
  26:9
**finish (2)**
  5:9;32:1
**first (6)**
  13:22;17:16;19:4;
  26:17;27:21;39:2
**focus (1)**
  9:10
**focusing (1)**
  9:1
**followed (1)**
  22:23
**Following (2)**
  18:1;21:20
**follows (1)**
  4:4
**follow-up (1)**
  18:3
**football (2)**
  7:14;14:9
**form (8)**
  15:24;18:12,20;
  22:19;24:15;30:10;
  32:2;38:8
**found (1)**
  15:10
**foundation (3)**
  18:4;19:21;24:15
**freshman (2)**
  10:9,13
**friends (1)**
  7:10
**FURTHER (2)**
  38:3;40:3

### G

**game (1)**
  20:12
**gang (2)**
  11:6,18
**gangs (4)**
  11:10,12;12:17;
  13:15
**gave (1)**
  4:17
**GD's (3)**
  11:14,20;12:10,11
**general (2)**
  29:6;31:13
**given (2)**
  4:7;37:9
**group (2)**
  8:8,21
**grow (1)**
  13:2
**guess (2)**

14:14;20:10
**guys (1)**
  12:9

### H

**Handbook (4)**
  34:21,22,23;35:1
**handle (2)**
  15:12;16:23
**hands (1)**
  24:20
**happen (1)**
  34:16
**happened (1)**
  28:13
**happening (5)**
  11:1;22:1;25:17;
  29:19;37:12
**harassed (1)**
  23:14
**harassing (1)**
  27:4
**harassment (1)**
  25:14
**hard (2)**
  11:3;25:18
**head (1)**
  7:13
**hear (4)**
  30:16;31:9,22;
  32:15
**heard (2)**
  37:16;39:12
**hearing (1)**
  32:6
**heat (1)**
  38:23
**held (2)**
  7:21;13:9;35:14
**help (1)**
  25:7
**herein (1)**
  4:3
**Hey (1)**
  29:15
**High (11)**
  6:17;8:22;9:1;11:6;
  17:17;24:13;31:11,
  24;34:11;36:1,5
**honky (1)**
  16:6
**hook (1)**
  14:11
**hostile (2)**
  31:23;32:14
**Huh (1)**
  4:12
**Hustlers (2)**
  11:16;12:5

### I

**identified (1)**
  21:4
**identify (1)**
  8:10
**implement (1)**
  33:22
**implemented (1)**
  9:15
**implementing (1)**
  33:23
**incarcerated (1)**
  7:4
**incident (10)**
  10:17;14:14,17,20,
  24;18:12,19;19:3,18;
  28:12
**individual (1)**
  13:11
**individuals (4)**
  8:8,21;13:2;36:22
**information (1)**
  22:8
**interact (1)**
  38:6
**interactions (1)**
  34:10
**interested (1)**
  13:24
**into (9)**
  7:5;17:11;18:13;
  19:1,18;22:8,8;24:8;
  34:14
**investigate (1)**
  17:8
**involved (3)**
  10:23;25:4;26:10
**issue (1)**
  17:9
**issues (2)**
  8:13;9:16;11:6;
  31:19
**items (1)**
  35:12

### J

**job (1)**
  10:5
**Julian (3)**
  6:17;7:11,17
**July (1)**
  36:15
**jumped (1)**
  17:8
**jumping (1)**
  16:14
**June (1)**
  36:15
**Jungle (2)**
  12:8,12
**juniors (1)**
  10:9

BAILEY RINEHART vs.
BOARD OF EDUCATION

Wesley Yates
April 12, 2018

**K**

kids (6)
30:13;37:18,24,24;
38:1,1
kind (2)
15:17;33:2
knowledge (8)
16:2,9,19;23:4;
24:5;25:19;28:4,23
known (1)
13:14

**L**

lady (1)
39:8
language (2)
29:8;30:7
learn (1)
13:2
learned (1)
5:1
leave (1)
7:17
led (1)
23:9
life (1)
4:15
listen (1)
34:6
little (3)
29:12,15;30:14
log (1)
22:8
logged (2)
18:13;19:18
long (5)
6:10,18;11:2,4;
34:17
look (2)
17:11;38:10
looked (1)
19:1
Lords (2)
11:15;12:3
loss (1)
4:15
lot (4)
29:9,11;30:13;
38:11

**M**

ma'am (11)
8:17;10:10;14:5;
18:17;19:6,16;21:3;
22:18;26:21;36:20;
37:4
making (1)
23:22
manner (1)

29:12
manual (1)
34:20
many (3)
10:18;24:2,22
Math (1)
33:1
may (5)
24:10;29:5;30:7;
39:6,7
maybe (1)
23:12
McKnight (23)
10:3,4;15:11;17:3,
5,10;18:2;19:17,23,
23;21:15,15,17,20,23;
22:3,22;26:1,5,6,12;
37:3,9
McKnight's (1)
19:14
mean (3)
23:21;25:2;30:13
means (1)
38:23
media (2)
18:23;25:5
Mediation (6)
9:17,20,21,23;
10:22;27:2
mediations (2)
10:19;33:21
mediator (1)
10:11
member (1)
4:22
members (1)
12:16
mention (2)
21:14;25:23
mentioned (5)
13:15;27:13;34:13;
37:16,17
might (2)
29:15;30:2
mindset (1)
8:11
mine (1)
7:10
Miss (1)
10:2
misstates (1)
39:21
mistaken (2)
17:15;18:14
Mixed (1)
12:6
Mixture (1)
11:23
mom (6)
17:21;19:5;20:4;
22:13;37:5,11
month (2)
17:13;36:11

months (3)
4:19;35:8,17
more (2)
20:24;21:1
Morgan (18)
6:12,16;7:24;8:15;
9:1,15;11:6;17:17;
24:13;31:1,11,24;
33:3,6;34:11;35:24;
36:4,12
most (1)
6:12
mother (5)
15:1;23:2;28:10;
34:11;36:4
mother's (1)
19:19
motivated (1)
32:8
multi-media (1)
18:22
Myself (3)
9:22;10:12,15

**N**

name (5)
5:24;10:2;13:10;
15:3;18:15
names (2)
36:22;37:5
nature (4)
16:6;29:17;32:9,14
NAUGHT (1)
40:3
navigate (1)
25:7
necessarily (2)
38:9,10
need (5)
5:12,16;17:8;26:8;
29:15
needed (2)
21:9;25:17
needs (1)
25:22
nodding (1)
5:22
non-African-American (1)
31:10
non-African-Americans (1)
31:7
normally (1)
34:6
Nosatelli (4)
10:2,8,14;26:1
note (3)
18:23;33:11,15
not-for-profit (1)
7:3
November (1)
28:14
nowadays (1)

38:24

**O**

oath (1)
4:4
Object (1)
18:20
Objection (11)
15:24;16:7;18:4;
19:21;22:19;24:15;
30:10;32:2;38:8;
39:17,20
occasion (1)
29:20
occurred (3)
10:18;14:21;18:24
Off (4)
7:19,21;13:7,9
offered (1)
35:6
offers (1)
35:5
office (1)
7:15
often (2)
35:6;38:7
one (12)
9:3,11;10:12,21;
12:7,8;28:19;33:17;
34:23;35:8,21;38:6
only (2)
8:12;17:20
operations (1)
7:8
opinion (1)
11:5
opportunity (1)
28:24
opposed (1)
5:21
option (1)
39:24
organization (1)
7:3
others (1)
29:22
otherwise (1)
24:9
out (2)
15:10;26:9
outside (1)
9:18
over (2)
4:24;25:9
overheard (2)
30:7;32:18

**P**

parent (1)
17:6
parents (3)

18:9;26:11;33:12
Park (18)
6:12,16;7:24;8:16;
9:1,15;11:6;17:17;
24:13;31:1,11,24;
33:3,6;34:11;35:24;
36:4,12
part (1)
23:16
participate (2)
9:21,22
particular (11)
8:24;9:9,10;10:5;
13:12;14:13,19;
15:13;18:24;19:12;
20:14
particulars (1)
30:21
past (1)
30:15
pending (1)
5:14
people (8)
7:4;8:20;23:21;
25:9;29:5,12;36:22;
37:21
Percy (1)
6:17
period (3)
11:7;31:5;32:5
personnel (1)
9:5
phonetic (1)
32:13
physical (1)
39:5
picked (1)
37:22
picture (2)
13:11,12
place (4)
18:8;28:18;29:6;
38:21
placed (2)
8:9;34:14
places (1)
35:15
play (3)
14:7,9;30:13
playful (1)
29:12
playing (2)
13:24;20:12
pleasant (1)
34:12
Please (1)
5:24
policies (2)
24:12;34:24
policy (1)
18:7;34:19
position (1)
8:21

BAILEY RINEHART vs.
BOARD OF EDUCATION

Wesley Yates
April 12, 2018

possible (1)
22:15
practice (1)
18:7
practices (1)
24:12
present (1)
35:22
primarily (3)
11:17,24;31:2
probably (4)
5:1;10:21;23:10,22
problem (1)
29:5
problems (2)
8:10,24
procedures (1)
34:24
processes (1)
27:3
provided (2)
37:2,2
provoke (3)
9:17;16:15;29:17
Public (3)
6:3,6;8:9
purpose (2)
12:21;25:8
pursuant (1)
24:12
put (2)
8:21;20:21

**Q**

quite (2)
23:8;30:21

**R**

race (2)
37:19;39:13
racial (2)
20:22;31:5
racially (3)
31:23;32:8,14
Ramirez (6)
15:2;17:21;21:21;
22:1,23;28:10
Ratcliff (5)
14:2,4,12;27:18,20
really (3)
23:18;24:7;27:12
reason (1)
24:19
reasons (2)
13:1
recall (35)
10:22;14:12,20,23;
20:6,21;21:1,4;22:5,6,
13,20;23:6,13,17;
24:2,6;26:18,23;
28:16;29:19;31:17;

32:6;33:8,14,20;34:9,
19,22;36:24;37:7,13;
38:17;39:14,15
receiving (2)
15:15,18
recently (1)
6:13
recollect (1)
24:23
recollection (3)
10:20;11:2;23:20
record (5)
7:19,21,22;13:7,9
recorded (1)
34:15
recount (1)
11:3
refer (1)
13:6
referred (2)
12:8,12
referring (1)
15:22
regard (11)
12:15;15:14;19:4;
29:20,23;30:22;33:8,
18;34:9;38:19;39:13
regarding (4)
20:1,14;22:15;32:7
reinstatement (1)
33:12
related (3)
12:21;31:18,19
relates (6)
8:11,13;20:12;
25:13;27:11;35:11
relationships (1)
13:1
released (1)
7:5
remain (1)
8:14
remained (1)
20:15
remaining (1)
22:16
remarks (1)
38:20
remember (11)
13:20;14:18;16:18;
17:18;21:6;23:19;
30:1,3,21;36:11;
37:17
remiss (1)
30:17
report (6)
15:21;18:12,19;
19:4,8,18
required (3)
19:7;24:12;34:16
requirement (1)
34:13
reserve (2)

40:1,2
resolution (3)
9:12;27:3;35:10
resolve (5)
9:4,12,15;17:9;
26:11
resolved (2)
35:24;36:4
resource (1)
9:16
respect (4)
9:1;19:19;31:21;
32:8
responded (1)
9:3
response (1)
16:20
responsibility (1)
22:12
responsible (3)
10:4,6;33:23
retire (1)
6:5
right (3)
11:4;29:16;37:9
Rinehart (5)
13:18,21;27:10;
28:7;34:10
roasting (1)
39:1

**S**

safe (6)
20:16,17,18,20,20;
22:16
safety (5)
15:7,14;16:14;17:7;
27:14
Same (1)
16:7
saw (1)
30:7
SAYETH (1)
40:3
saying (7)
15:17;23:23;25:3;
29:3,4;37:13;39:16
scholars (13)
8:12;9:3,6;14:15;
15:16;16:14;20:10;
25:7;26:9;29:1,3,9;
38:12
School (25)
6:17;9:2;11:1,6;
12:21,24;15:1,16;
17:17;18:8;22:9,16;
23:11;24:4,13;28:3;
31:11,14,24;32:15;
33:19;34:11;35:21;
36:1,5,18,19
Schools (4)
6:4,6;8:9,23

second (1)
26:22
Secondly (1)
5:8
seem (1)
13:12
seniors (1)
10:7
sense (1)
31:4
separate (1)
35:1
serve (1)
10:11
shall (1)
23:9
shoes (3)
37:20;38:5,19
shooting (3)
4:11,13,14
shortly (2)
17:16,18
signature (1)
40:1
Simply (1)
26:7
situation (4)
16:22;18:24;26:9;
31:24
situations (1)
18:23
skills (1)
13:3
social (2)
18:22;25:5
socialization (1)
13:3
society (1)
7:5
sometimes (3)
30:14;34:8;37:23
son (1)
22:2
son's (1)
17:7
sophomores (1)
10:7
sorry (4)
10:1;13:13;36:16;
39:22
sort (1)
7:2
sorts (2)
9:14;12:19
sounds (1)
13:10
speak (6)
15:4;16:15;26:4;
27:16,19;30:18
speaking (2)
22:13;30:22
specific (5)
12:15;36:22;37:5

specifically (7)
16:11;21:2;26:16;
29:23;31:17;35:12;
39:13
spoke (4)
9:5;17:20;24:2;
26:13
spring (2)
17:14;26:20
staff (4)
8:12;9:5;35:5,7
state (2)
5:24;38:11
statements (1)
32:13
steps (1)
15:8
still (1)
24:20
stopped (1)
36:11
student (5)
10:13;13:5;30:22;
33:2;34:23
students (27)
9:7,11;11:9,12;
12:16;15:22;16:5,17;
18:9;20:14;21:5;27:4;
28:14,22;29:20;30:2,
9;31:2,6,10,12;32:7;
33:17,22;34:4;37:6;
38:16
subject (1)
10:5
Subsequent (1)
28:5
suggest (1)
34:3
suggestion (1)
34:7
supposed (1)
25:8
sure (11)
13:16;15:3;20:15;
21:24;23:8,10;24:10;
33:11,16;35:3;39:15
sworn (2)
4:1,3
system (7)
18:13,16;22:8,9;
34:14;35:12,13

**T**

Taco (1)
13:15
talk (11)
9:6;15:13;25:20,22,
24;28:24;37:21;38:5,
18;39:4,10
talked (2)
23:15;39:8
talking (2)

**BAILEY RINEHART vs.**
**BOARD OF EDUCATION**

9:7;32:21
**teach (4)**
6:15;7:12;25:7;
32:24
**teacher (3)**
32:12,18,22
**teachers (5)**
31:21,22;32:7;35:2,
20
**tease (1)**
38:18
**Teasing (9)**
29:24,24;30:2,4,8;
37:17,18,22;38:23
**terms (2)**
20:21;38:24
**Terrell (1)**
13:13
**testified (1)**
4:4
**testimony (1)**
39:21
**thought (2)**
9:18;29:18
**thrive (1)**
25:6
**throughout (4)**
8:15,23;29:7,10
**throwing (1)**
38:23
**times (1)**
24:2
**title (1)**
34:22
**told (2)**
17:6;25:22
**took (1)**
28:18
**training (1)**
35:9
**trainings (5)**
35:4,6,14,16,19
**transferred (1)**
13:22
**treated (1)**
31:11
**treatment (5)**
15:15,17;30:23;
31:15;32:7
**tried (1)**
13:23
**trying (6)**
11:3;13:11;14:11;
16:15;25:7;39:5
**Twice (1)**
24:5
**type (1)**
35:9

**U**

**uncomfortable (5)**
23:22;24:3;25:16;

26:7;31:23
**Under (1)**
18:18
**understood (1)**
5:5
**undoubtedly (1)**
30:6
**uniform (1)**
38:13
**unknown (1)**
11:22
**Unknowns (1)**
11:14
**unless (1)**
38:12
**up (6)**
14:11;15:1;20:9;
22:23;26:10;37:22
**upset (1)**
39:9
**use (3)**
9:17;25:8;35:12
**used (2)**
6:3;38:24
**using (1)**
9:13

**V**

**vague (1)**
18:20
**vaguely (3)**
13:19;28:15;33:7
**various (4)**
8:9,22;12:17;35:15
**verbal (1)**
5:21
**verbatim (1)**
23:19
**Verify (6)**
18:14,15;19:18;
22:8;24:8;34:14
**versus (1)**
25:9
**Vice (2)**
11:15;12:3
**violence (2)**
9:13,16

**W**

**waiving (1)**
40:1
**walking (1)**
30:15
**way (9)**
9:3,4,5,11;24:13;
30:21;31:11;37:21;
38:6
**ways (1)**
15:23
**WESLEY (2)**
4:2;6:1

**what's (1)**
17:9
**Whereupon (2)**
7:20;13:8
**white (4)**
16:5;32:14;37:12,
15
**without (1)**
9:13
**Witness (19)**
4:1,3,20;5:7,11,18;
16:1,8;18:5,21;22:20;
24:16;28:20;29:8,14;
32:3;38:9;39:22;40:2
**witnesses (1)**
12:7
**work (4)**
6:2,3;8:18,18
**Worked (3)**
6:22,22;7:14
**working (3)**
6:8;12:16;36:12
**writing (1)**
34:15
**written (1)**
24:22
**wrong (1)**
29:11

**Y**

**YATES (2)**
4:2;6:1
**year (5)**
10:16;26:18;28:3;
36:18,19
**years (2)**
6:11;24:22
**young (2)**
29:11;39:8

**1**

**13-'14 (1)**
36:19
**18 (1)**
6:11

**2**

**2000 (1)**
6:19
**2004 (3)**
6:19,20;10:1
**2010 (3)**
6:14,21;10:1
**2013 (5)**
14:22;17:12;20:8;
26:19,20
**2013-2014 (4)**
11:7;28:2;31:1;
32:5
**2014 (11)**

6:14;10:1,17,20;
20:8;27:10;28:5,14;
36:12,15,15
**2015 (1)**
27:10
**2017 (1)**
6:7

**4**

**4 (2)**
11:15;12:5

**5**

**5 (1)**
4:19

**6**

**6 (3)**
28:14;35:8,17